[Nos. 63741-0-I; 65141-2-I.   Division One.   April 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ANTHONY WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-01211-1, Palmer Robinson, J., entered June 3, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Ellington, JJ.

[No. 63883-1-I.   Division One.   April 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN L. SEALS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-8-02650-9, Christopher A. Washington, J., entered June 26, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Schindler, JJ.

[No. 63971-4-I.   Division One.   April 4, 2011.]

STAR NORTHWEST, INC., *Appellant*, v. THE CITY OF KENMORE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-30454-3, Catherine D. Shaffer, J., entered July 10, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Spearman, J.

[No. 64021-6-I.   Division One.   April 4, 2011.]

FRONTIER INDUSTRIES, INC., *Respondent*, v. CASCADE MOUNTAIN CORPORATION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 06-2-00229-9, Dave Needy, J., entered August 14, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Appelwick, J.